[No. 31616-8-I.   Division One.   January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E. VOGLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02953-3, Deborah Fleck, J., entered October 26, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, J., and Scholfield, J. Pro Tem.

[Nos. 31493-9-I; 33740-8-I.   Division One.   January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN P. ROBERTS, *Appellant*.

*In the Matter of the Personal Restraint of* ROBIN P. ROBERTS, *Petitioner*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00657-4, Michael F. Moynihan, J., entered October 1, 1992, together with a petition for personal restraint. Appeal *affirmed* and petition *denied* by unpublished opinion per Coleman, J., concurred in by Baker, A.C.J., and Agid, J.

[No. 32096-3-I.   Division One.   January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SUZANN L. OAKES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01048-4, Robert S. Lasnik, J., entered December 21, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, J., concurred in by Coleman and Grosse, JJ.